IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GREGORY SMITH,                   )
                                 )
    Plaintiff,                   )
                                 )  CIVIL ACTION NO.
    v.                           )     2:04cv1063-T
                                 )         (WO)
BOYD BROS. TRANSPORTATION,       )
INC.,                            )
                                 )
    Defendant.                   )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Boyd Bros. Transportation, Inc.'s motion for summary judgment (Doc. No. 11) is denied as to plaintiff Gregory Smith's federal claims.

(2) Said motion is granted as plaintiff Smith's state-law claims.

(3) Judgment is entered in favor of defendant Boyd Bros. Transportation, Inc. and against plaintiff Smith as

to plaintiff Smith's state-law claims, with plaintiff Smith taking nothing as these claims.

(4) This case will proceed to trial on plaintiff Smith's federal claims.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 23rd day of December, 2005.

                         /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE