IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
GREGORY SMITH,                )
                             )
     Plaintiff,              )
                             )  CIVIL ACTION NO.
     v.                      )  2:04cv1063-MHT
                             )      (WO)
BOYD BROS. TRANSPORTATION,   )
INC.,                        )
                             )
     Defendant.             )
```

JUDGMENT

Pursuant to the settlement reached by the parties in open court on January 25, 2006, it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice.

It is further ORDERED that all outstanding motions are denied as moot.

It is further ORDERED that all costs are taxed against defendant Boyd Bros. Transportation, Inc., for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 27th day of January, 2006.


      /s/ Myron H. Thompson
   **UNITED STATES DISTRICT JUDGE**